IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02431-REB-BNB

ZACHARY WELLS,
FRED WELLS, and
KATHRYN WELLS,

Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP, a Wisconsin corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Order Setting Scheduling Conference and Rule 26(f) Meeting and to Stay Further Scheduling Proceedings** (the "Motion"), filed on January 10, 2006.

IT IS ORDERED that the Motion is DENIED. The hearing set for January 25, 2006, is vacated.

IT IS FURTHER ORDERED that a Scheduling Conference is set for **March 9, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 2, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: January 20, 2006