IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02431-REB-BNB

ZACHARY WELLS,
FRED WELLS, and
KATHRYN WELLS,

Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP, a Wisconsin corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Hearing Set for January 25, 2006 re: Scheduling Conference and Rule 26(f) Meeting** (the "Motion"), filed on January 20, 2006. Pursuant to the entry of my Order on January 20, 2006, vacating the hearing set for January 25, 2006,

IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED: January 23, 2006