**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02431-REB-BNB

ZACHARY WELLS,
FRED WELLS, and
KATHYRYN WELLS,

     Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP, a Wisconsin corporation,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matter before the court is **Defendant's Motion for Summary Judgment** [#33], filed October 11, 2006.  Said motion is STRICKEN for failure to comply with REB Civ. Practice Standard II.E.1, and V.A.1.

Dated:  October 11, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.