IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02431-REB-BNB

ZACHARY WELLS,
FRED WELLS, and
KATHRYN WELLS,

Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP, a Wisconsin corporation,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised final pretrial order, modified as discussed at the conference this morning, on or before **December 14, 2006**.

Dated December 7, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge