**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02431-REB-BNB

ZACHARY WELLS,
FRED WELLS, and
KATHYRYN WELLS,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP, a Wisconsin corporation,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before me is **Defendant's Motion For Summary Judgment** [#35], filed October 11, 2006. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship). Having reviewed the arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

    **THEREFORE, IT IS ORDERED** that **Defendant's Motion For Summary Judgment** [#35], filed October 11, 2006, is **DENIED**.

    Dated April 23, 2007, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**