**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date: June 8, 2007**

Ben Van Dyke, Courtroom Deputy
Suzanne Claar, Court Reporter

_____

**Civil Case No.   05-cv-02431-REB-BNB**

ZACHARY WELLS,                                               Bruce Smith
FRED WELLS, and
KATHRYN WELLS,

     Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP,                    Martha Ferris

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing: Trial Preparation Conference**

**1:15 p.m.         Court in session.**

Appearances of counsel.

Opening statements by the court.

Jury trial is scheduled to commence on Monday, June 18, 2007, at 8:30 a.m.

**ORDERED:      Defendant's Unopposed Motion for Telephone Testimony [filed February 9,
2007; doc. 55] is granted for the reasons stated on the record.**

Colorado law shall apply in all circumstances to issues of contract, causation, and damages in
this case.

The Court discusses its trial procedures with counsel.

**1:33 p.m.         Court in recess.**

*Total court time          00:18*